# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LELAND M. TIGER, | ) |
| Plaintiff, | ) |
| | ) Case No. 13-CV-662-JHP-TLW |
| v. | ) |
| | ) |
| ACCURATE MANUFACTURING, INC., an Oklahoma Corporation, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Leland M. Tiger, and Defendant, Accurate Manufacturing, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted therein, with prejudice to the refiling thereof. The parties stipulate that they shall each bear their own attorneys' fees and costs.

**Respectfully submitted,**

s/ George H. Brown
*\*Signed by Filing Attorney with permission of Plaintiff's attorney*
**George H. Brown, OBA #18020**
**BROWN & GOULD, PLLC**
**136 N.W. 10th Street, Suite 200**
**Oklahoma City, Oklahoma 73103**
**Telephone: (405) 235-4500**
**Facsimile: (405) 235-4507**

**ATTORNEY FOR PLAINTIFF**

s/ Jonathan E. Shook
**Jonathan E. Shook, OBA #17343**
**SHOOK & JOHNSON, P.L.L.C.**
**7420 S. Yale Ave**
**Tulsa, Oklahoma 74136**
**(918) 293-1122 -** *Telephone*
**(918) 293-1133 -** *Fax*

**ATTORNEY FOR DEFENDANT**